IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:16-CR-00186-1-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Rocky Hutson,

    Defendant.

---

**DEFENDANT'S MOTION TO LIMIT AGENT ZAPPE'S TESTIMONY**

---

COMES NOW the Defendant, Rocky Hutson, by and through his counsel, CJA Panel Attorney Ashley Marie Petrey, and respectfully files this Motion to Limit Agent Alex Zappe's testimony, specifically, that he be barred from using the word "scheme" when describing the alleged actions of Defendant Rocky Hutson.

In support thereof, Defendant states as follows:

    a. Agent Zappe refers to an "EFT scheme" numerous times throughout his Grand Jury testimony.

    b. The Court's jury instruction for Counts 12-14 (page 31) explicitly states that "the Government must establish all four of the following

1

      elements beyond a reasonable doubt: […] 1. Mr. Hutson used a scheme to defraud a financial institution […]"

  c. Agent Zappe is only a lay witness and is not allowed to testify to the ultimate issue in the case (see FRE 701; 704)

  d. Allowing Agent Zappe to testify that Mr. Hutson ran an "EFT scheme" invades the province of the jury, who are the finders of fact, and inadmissible under FRE 403.

Respectfully submitted this 4th day of January, 2018.

s/ Ashley Marie Petrey
*Ashley Marie Petrey*
Lic.: 101164 (FL); 51104 (CO)
1017 ½ Cooper Avenue
Glenwood Springs, CO 81601
Telephone: (970) 366-6244
E-mail: ashleymariepetrey@gmail.com
Attorney for Defendant Rocky Hutson

    I hereby certify that on January 4, 2018, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system and e-mailed to AUSAs Peter Hautzinger and Daniel Burrows, as well as Courtroom Deputy Clerk Patricia Glover.

                                                   s/Ashley Marie Petrey
                                                   Attorney for Rocky Hutson