# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Action No. 16-cr-00186-MSK-GPG

## UNITED STATES OF AMERICA,

Plaintiff,

v.

## 1. ROCKY HUTSON,

Defendant.

---

## Motion to Withdraw

---

The undersigned hereby requests to withdraw as counsel of record in the above-captioned case. As grounds for this motion, the government states that Special Assistant U.S. Attorney Daniel E. Burrows has accepted a position outside of government and will no longer be employed in the U.S. Attorney's Office (and, therefore, no longer authorized to represent the United States in litigation) as of June 16, 2020. Assistant U.S. Attorney Peter Hautzinger remains assigned to the case and is receiving electronic notice.

Respectfully submitted this 5th day of June, 2020.

*Jason R. Dunn*
U.S. Attorney


<u>s/ Daniel E. Burrows</u>
*Daniel E. Burrows*
1801 California St.
Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0400
E-mail: daniel.burrows@usdoj.gov
Special Assistant U.S. Attorney